## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  20-09194 |
| | ) | |
| Frank Garcia, Jr | ) | Chapter 13 |
| Kathy H Garcia | ) | |
| | ) | Judge:  Jack B. Schmetterer |
| Debtor(s) | ) | |

**Notice of Objection**

The Debtors object to the Motion for Relief from the Automatic Stay as to 226 Whitewood Drive, Streamwood, IL 60107.


                                        David H. Cutler,
                                        Attorney for the Debtors


                                        /s/ *David H. Cutler*
                                        By:  David H. Cutler


Cutler & Associates, Ltd.
David H. Cutler
Attorney for the Debtors
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600