UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-09194
Frank Garcia, Jr )
Kathy H Garcia ) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER VACATING ORDER FOR PAYROLL CONTROL

This cause coming to be heard on the Motion of the Debtors to vacate the ORDER entered on April 16, 2020, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto, IT IS HEREBY ORDERED:

That the Order entered on April 16, 2020, at docket entry number 12 directing Debtor's employer to send funds to the Chapter 13 Trustee is vacated.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 02, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtors:
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600