**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Frank Garcia, Jr |
| Debtor 2 (Spouse, if filing) | Kathy H Garcia |
| United States Bankruptcy Court for the: | Northern District of IL (State) |
| Case number | 20-09194 |

Official Form 410S1

# Notice of Mortgage Payment Change                                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 2350

**Date of payment change:**
Must be at least 21 days after date of this notice: 10 / 01 / 2021

**New total payment:** $ 954.07
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - [ ] No
   - [x] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 334.12        New escrow payment: $ 437.39

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - [x] No
   - [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - [x] No
   - [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Debtor 1  **Frank Garcia, Jr**
First Name   Middle Name   Last Name

Case number *(if known)* 20-09194

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle Ghidotti
Signature

Date 09/02/2021

Print:  **Michelle Ghidotti**
First Name   Middle Name   Last Name

Title  AUTHORIZED AGENT

Company  Ghidotti/Berger LLP.

Address  1920 Old Tustin Ave.
Number   Street

Santa Ana, CA 92705
City              State      ZIP Code

Contact phone  (949) 427 – 2010

Email  bknotifications@ghidottiberger.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

FRANK GARCIA
226 WHITEWOOD DR
STREAMWOOD IL  60107

Analysis Date: August 31, 2021                                                                                                                   Final
Property Address: 226 WHITEWOOD DRIVE  STREAMWOOD, IL 60107                                              Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Feb 2021 to Sept 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Oct 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 516.68 | 516.68 |
| Escrow Payment: | 334.12 | 437.39 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $850.80 | $954.07 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 01, 2017 |
| Escrow Balance: | (17,130.98) |
| Anticipated Pmts to Escrow: | 17,708.36 |
| Anticipated Pmts from Escrow (-): | 1,471.15 |
| Anticipated Escrow Balance: | ($893.77) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (15,692.32) |
| Feb 2021 | | | | 1,850.50 | * | County Tax | 0.00 | (17,542.82) |
| May 2021 | | | | 445.06 | * | Forced Place Insur | 0.00 | (17,987.88) |
| Jun 2021 | | 574.00 | | | * | Escrow Only Payment | 0.00 | (17,413.88) |
| Jun 2021 | | | | 128.94 | * | Forced Place Insur | 0.00 | (17,542.82) |
| Jul 2021 | | 2,338.84 | | | * | | 0.00 | (15,203.98) |
| Jul 2021 | | | | 1,927.00 | * | Homeowners Policy | 0.00 | (17,130.98) |
| | | | | | | Anticipated Transactions | 0.00 | (17,130.98) |
| Aug 2021 | | 17,374.24 | | 1,471.15 | | County Tax | | (1,227.89) |
| Sep 2021 | | 334.12 | | | | | | (893.77) |
| | $0.00 | $20,621.20 | $0.00 | $5,822.65 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: August 31, 2021  Final
Borrower: FRANK GARCIA  Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (893.77) | 874.75 |
| Oct 2021 | 437.39 | | | (456.38) | 1,312.14 |
| Nov 2021 | 437.39 | | | (18.99) | 1,749.53 |
| Dec 2021 | 437.39 | | | 418.40 | 2,186.92 |
| Jan 2022 | 437.39 | | | 855.79 | 2,624.31 |
| Feb 2022 | 437.39 | | | 1,293.18 | 3,061.70 |
| Mar 2022 | 437.39 | 1,850.50 | County Tax | (119.93) | 1,648.59 |
| Apr 2022 | 437.39 | | | 317.46 | 2,085.98 |
| May 2022 | 437.39 | | | 754.85 | 2,523.37 |
| Jun 2022 | 437.39 | | | 1,192.24 | 2,960.76 |
| Jul 2022 | 437.39 | | | 1,629.63 | 3,398.15 |
| Aug 2022 | 437.39 | 1,471.15 | County Tax | 595.87 | 2,364.39 |
| Aug 2022 | | 1,927.00 | Homeowners Policy | (1,331.13) | 437.39 |
| Sep 2022 | 437.39 | | | (893.74) | 874.78 |
| | $5,248.68 | $5,248.65 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 437.39.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 874.78 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (893.77).  Your starting balance (escrow balance required) according to this analysis should be $874.75.  This means you have a shortage of 1,768.52. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 5,248.65.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: August 31, 2021
Borrower: FRANK GARCIA

Case 20-09194    Doc    Filed 09/02/21    Entered 09/02/21 09:09:12    Desc Main
                        Document      Page 5 of 6

Final
Loan:

| **New Escrow Payment Calculation** | |
|---|---|
| Unadjusted Escrow Payment | 437.39 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $437.39 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## **CERTIFICATE OF SERVICE**

On September 2, 2021, I served the foregoing documents described as Notice of mortgage payment change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
**David H Cutler**
cutlerfilings@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On September 2, 2021, I served the foregoing documents described as Notice of mortgage payment change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
**Frank Garcia, Jr**
226 Whitewood Dr.
Streamwood, IL 60107

**Kathy H Garcia**
226 Whitewood Dr.
Streamwood, IL 60107

*Trustee*
**M.O. Marshall**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May